THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 State, Respondent,
 v.
 Perry L. Byrd, Appellant.
 
 
 

Appeal From Union County
Lee S. Alford, Circuit Court Judge
Unpublished Opinion No.  2008-UP-362
Submitted July 1, 2008  Filed July 11,
 2008 
APPEAL DISMISSED

 
 
 
 Appellate Defender Lanelle C. Durant, South Carolina Commission on
 Indigent Defense, Division of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General, all of Columbia, and Solicitor Kevin S.
 Brackett, of York, for Respondent.
 
 
 

PER CURIAM:  Perry L. Byrd pled guilty to two counts of
 distribution of crack cocaine within the proximity of a school, public park, or
 public playground, and two counts of distribution of crack cocaine, second
 offense.  He received concurrent sentences of eighteen years for each
 distribution of crack cocaine, second offense charge, and concurrent sentences
 of fifteen years for the remaining distribution charges.  Byrd appeals his
 guilty plea, arguing the trial court erred by accepting his guilty plea because
 the State failed to introduce the drug analysis proving the substances were
 crack cocaine. After a thorough
 review of the record and counsels brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss Mathiss appeal and grant counsels motion to be relieved. [1] 
APPEAL
 DISMISSED.  
HEARN,
 C.J., CURETON and GOOLSBY, A.J.J. concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.